UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYNISHA MARIE HORNBUCKLE,
            Plaintiff,
    v.
WARDEN MATEVOUSIAN, et al.,
            Defendants.

Case No. 16-cv-05527-PJH

**ORDER**

Plaintiff proceeds with a pro se civil rights complaint. The court ordered service and four defendants were served. The United States Marshal ("USM") was unable to effectuate service on defendants Raski and Snell. Plaintiff was informed that she must provide more information so these defendants could be served. Plaintiff was told that she could seek such information through the California Public Records Act, and she was provided subpoenas.

Plaintiff found two addresses for defendant Snell and the court ordered the USM to conduct service. The USM attempted service at both addresses, but the individuals at the addresses were not the defendant. Plaintiff will be provided an additional extension to ascertain service information for Snell and Raski. Failure to serve these defendants will result in their dismissal pursuant to Fed. R. Civ. P. 4(m).

Plaintiff also submitted a subpoena to the court, but did not provide an address where the subpoena was to be served. Plaintiff will be provided two new blank subpoenas and she must follow the information set forth below if she returns them to the court. Plaintiff is informed that she is not required to use the subpoenas.

**CONCLUSION**

1. Plaintiff must provide information to perform service on the unserved defendants by **September 30, 2017**.

2. Plaintiff is informed that as a pro se litigant, plaintiff needs the court's Clerk to issue a subpoena. Fed. R. Civ. P. 45(a)(3). Therefore, the Clerk shall send to plaintiff 2 blank records subpoena forms for plaintiff to fill out and return to the court so that the Clerk may issue the subpoena and the USM may serve it on the subpoenaed party. Plaintiff needs to fill in all of the necessary information, but must leave the signature line blank so that the Clerk may sign it. Plaintiff must provide an address where each subpoena is to be served.

**IT IS SO ORDERED.**

Dated: July 31, 2017

PHYLLIS J. HAMILTON
United States District Judge

\\candoak.cand.circ9.dcn\data\users\PJHALL\_psp\2016\2016_05527_Hornbuckle_v_Matevousian_(PSP)\16-cv-05527-PJH-ord2.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYNISHA MARIE HORNBUCKLE,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN MATEVOUSIAN, et al.,<br><br>Defendants. | Case No. 16-cv-05527-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tynisha Marie Hornbuckle ID: 66383-097
FCI Aliceville
11070 Highway 14
P O Box 4000
Aliceville, AL 35442

Dated: July 31, 2017

Susan Y. Soong
Clerk, United States District Court

By:____*Kelly Collins*____
Kelly Collins, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON

3